UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT C. PENA,

                         Plaintiff,                              22-CV-01700 (LAK)(SN)

           -against-                                            **ORDER**

BACH DUONG PHAM, et al.,

                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

         According to the Civil Case Management Plan that the Court issued on March 28, 2022, the parties were to file a joint letter informing the Court about the status of discovery by May 25, 2022. See ECF No. 9. As off the issuance of this order, the parties have not done so. The parties' joint letter is due no later than June 3, 2022. The letter should address any outstanding discovery disputes and should indicate whether the parties wish to schedule a settlement conference.

**SO ORDERED.**

                                            _____
                                            SARAH NETBURN
                                            United States Magistrate Judge

Dated:      May 31, 2022
               New York, New York