**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 6/1/2022 _
```

ROBERT C. PENA,

                                        Plaintiff,                        **22-CV-01700 (LAK)(SN)**

              -against-                                                          **ORDER**

BACH DUONG PHAM, et al.,

                                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The parties' June 1, 2022 letter requests that a settlement conference be scheduled after
depositions are completed at the end of June 2022. By June 8, 2022, the parties are directed to
email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three
mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar,
settlement conferences must generally be scheduled at least four to six weeks in advance. The
Court will likely be unable to accommodate last-minute requests for settlement conferences, and
the parties should not anticipate that litigation deadlines will be adjourned in response to late
requests for settlement conferences.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:        June 1, 2022
              New York, New York