UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT C. PENA,

                Plaintiff,

            -against-

BACH DUONG PHAM, et al.,

                Defendants.

------------------------------------------------------------------X

22-CV-01700 (LAK)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/2022

**SARAH NETBURN, United States Magistrate Judge**:

    Due to a conflict in the Court's calendar, the settlement conference currently scheduled for Thursday, August 11, 2022, at 10:00 a.m. is RESCHEDULED for Friday, August 12, 2022, at 10:00 a.m. The Court will provide dial-in information before the conference.

**SO ORDERED.**

Dated:    July 11, 2022
             New York, New York

_____
SARAH NETBURN
United States Magistrate Judge